THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BOBBY DARRELL COLBERT,<br><br>                    Petitioner,<br><br>        v.<br><br>KAREN ARNOLD,<br><br>                    Respondent. | CASE NO. C25-1768-JCC<br><br>ORDER |

This matter comes before the Court on Petitioner's objection (Dkt. No. 7) to the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 6). Judge Fricke R&R recommends that Petitioner's writ of habeas corpus be dismissed without prejudice for lack of jurisdiction and motions for leave for certificate and requests for judicial notice be denied. (*See id.* at 5–6.) Petitioner's objections (Dkt. No. 7) are not responsive to the analysis or conclusions contained within the R&R and, therefore, do not trigger this Court's review of the R&R.[1]

---

[1] A district court only reviews those portions of an R&R to which a party properly objects. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Objections are required to enable the court to "focus attention on those issues—factual and legal—that are at the heart of the parties' dispute." *Thomas v. Arn*, 474 U.S. 140, 147 (1985). The court is not required to review "any issue that is not the subject of an objection." *Id.* at 149. Said another way, for an objection to be proper, it must point to specific error contained within the R&R. *See, e.g.*, *United States v. Diaz-Lemus*,

ORDER
C25-1768-JCC
PAGE - 1

Accordingly, the Court hereby ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation.
2. The Petition for Habeas Corpus (Dkt. No. 1-2) is DISMISSED without prejudice for lack of jurisdiction.
3. Petitioner's motion to proceed *in forma pauperis* (Dkt. No. 1), proposed motions seeking leave for certificate (Dkt. Nos. 1-4), and requests for judicial notice (Dkt. No. 1-5) are DENIED as moot.
4. A certificate of appealability is DENIED.

DATED this 23rd day of October 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

2010 WL 2573748, slip op. at 1 (D. Ariz. 2010); *Djelassi v. ICE Field Office Director*, 434 F. Supp. 3d 917, 919 (W.D. Wash. 2020).